IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

KENITA SPENCER                                                    PLAINTIFF

v.                          Civil No. 05-5054

JO ANNE B. BARNHART, COMMISSIONER
SOCIAL SECURITY ADMINISTRATION                                    DEFENDANT

### O R D E R

Now on this 1st day of May, 2006, comes on for consideration the **Magistrate Judge's Report and Recommendation** (document #5), in this matter, to which no objections have been made, and the Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, the ALJ's decision is affirmed and this case is hereby **dismissed with prejudice**.

/s/Jimm Larry Hendren
**HON. JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE**